UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,   )
      Plaintiff,           )
                                )
vs.                           )   Criminal Action
                                )   No. 03-10220-MEL
                                )
SEAN BUCCI and CATHERINE      )
BUCCI,                        )
      Defendants.          )


**TRIAL TESTIMONY OF ANTHONY BELMONTE**


BEFORE THE HONORABLE MORRIS E. LASKER
UNITED STATES DISTRICT COURT JUDGE


UNITED STATES DISTRICT COURT
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
February 16, 2007


* * * * *


CATHERINE A. HANDEL, RPR-CM
Official Court Reporter
John J. Moakley U.S. Courthouse
1 Courthouse Way, Room 5205
Boston, MA 02210
(617) 261-0555

```
 1    A.    I didn't want the cash and marijuana together.
 2    Q.    Why?
 3    A.    Because if something, God forbid, happened, you get
 4    the marijuana and not the cash.
 5    Q.    Something did happen?
 6    A.    Yes.
 7    Q.    You got arrested?
 8    A.    Yes, I did.
 9    Q.    June 4th, 2003, was that the first time you sold
10    marijuana to Sean Bucci?
11    A.    No.
12    Q.    How long had you been selling marijuana to Sean
13    Bucci?
14    A.    3-1/2 years.
15    Q.    When did you start?
16    A.    Around '99.
17    Q.    How did you meet?
18    A.    Through a friend, Gary Polyone (phonetic).
19    Q.    Where?
20    A.    Gary's house in Saugus.
21    Q.    Polyone introduced you to Bucci?
22    A.    Yes, he did.
23    Q.    Did he tell you why?
24    A.    To sell marijuana to him.
25    Q.    To Bucci?
```

```
 1  that?
 2  A.   Well, he approached me and he said, "I would like
 3  to do a little bit on the side," because Gary was making
 4  so much money, that he didn't really want to work as
 5  much.  So, Mark approached me and said, "Would you do
 6  something on the side with me?"  So, he started off with
 7  around 400 pounds.
 8  Q.   He was branching off on his own?
 9  A.   Yeah, without Gary knowing.
10  Q.   In that last year and a half before you got caught,
11  were you getting supplied by just Wojciechowski?
12  A.   No.  Milo, too.
13  Q.   During that period, '99 through 2003, about how
14  many times a year were you getting marijuana delivered
15  from Milo and/or Wojciechowski?
16  A.   Between eight, nine times a year.
17  Q.   Take certain months off?
18  A.   Summer.
19  Q.   Why?
20  A.   It's the dry season.  You can't get marijuana.  The
21  harvest isn't going yet.
22  Q.   You mentioned Arizona.  Is that where the marijuana
23  was coming from?
24  A.   That's where I was told, yes.
25  Q.   You never went out to Arizona to pick it up?
```

```
 1   A.    No.
 2   Q.    How was the marijuana packaged when you got it?
 3   A.    Square box, literally this big (indicating), this
 4   high, and they would mark them.
 5   Q.    I show you what's been marked as Government's
 6   Exhibit 52A.  Something like this?
 7   A.    Exactly like that, yep.
 8   Q.    And what did you call it?
 9   A.    A block.
10   Q.    And each block was approximately how many pounds?
11   A.    Anywhere from 12 to 24.  It all depends.  They
12   weigh it and they mark it.
13   Q.    And you said the weight would be written right on
14   it?
15   A.    Yeah, it would be written on the top, so we know
16   which one -- like that.
17   Q.    Is that what you're referring to?
18   A.    Yeah.  Like, that's 2740.  That's the high end of a
19   block.  27 -- it looks like a two.  Yeah, just like
20   that.
21   Q.    Could you describe what all this wrapping is for?
22   A.    Sure.  That's pounds.  When you get the marijuana,
23   you wrap it around so it doesn't have the smell.  So,
24   God forbid, you get pulled over and the dog wants to
25   smell it, they can't smell it.
```

```
 1    Q.    Who is Kenny Maddeford?
 2    A.    He was one of my customers and a real good friend.
 3    Q.    How long had you known him?
 4    A.    12, 13 years.
 5    Q.    Where did he live?
 6    A.    Melrose.
 7    Q.    Do you know if he had a job?
 8    A.    Real estate company.
 9    Q.    Was Diplasti -- you mentioned Diplasti was also a
10   supplier?
11    A.    Supply and customer.  If he didn't have it,
12   sometimes I would say I could get some.
13    Q.    During the period 1999 through 2003, on average,
14   how much marijuana per delivery were you getting from
15   Milo and Boog?
16    A.    Monthly, 400, 450 pounds.
17              THE COURT:  I'm sorry?
18              THE WITNESS:  400 to 450 pounds.
19              THE COURT:  At a time?
20              THE WITNESS:  Monthly, yes.
21    Q.    Is it fair to say it varied?
22    A.    Yeah, it varied.  The low end would be 300 and the
23   high end would be 750.
24    Q.    What were the factors that went into it varying?
25    A.    The demand.  Call up my customers, see what they
```

```
 1   want.  If they needed stuff, I would just put the order
 2   in.
 3   Q.  And just so I understand, you were getting from --
 4   supplied by Milo and Boog was his runner?
 5   A.  Yes.
 6   Q.  So, he's the one who is delivering it to you?
 7   A.  Sometimes.  There was other people that delivered
 8   it.
 9   Q.  Milo had other runners?
10   A.  Yeah.  A guy named Captain Carl.
11   Q.  Who is that?
12   A.  I think it was a guy that went out with Milo's
13   sister.  He lived at the house up in Rockport.
14   Q.  What's the house up in Rockport?
15   A.  Where we -- the truck would go up there, where they
16   delivered the marijuana.
17   Q.  Why don't we get to that.
18   A.  Okay.
19   Q.  Do you know how the marijuana got east?
20   A.  Yes, by truck, real big truck, like an F350, with a
21   cap.  That way -- it was tinted.  So, all the marijuana
22   would fit in there.
23   Q.  And then how would you know there was a load
24   coming?
25   A.  Gary would tell me that he's coming up to Boston to
```

```
 1   physically to the Rockport house?
 2   A.   Four, five, maybe six times.  Don't remember.
 3   Q.   Did you see other blocks of marijuana there when
 4   you picked up the marijuana for your customers?
 5   A.   Yes.
 6   Q.   Could you describe that?  In the garage?
 7   A.   Yeah, it was in the garage against the wall.  Maybe
 8   20, 30 blocks.
 9   Q.   In addition to what you were picking up?
10   A.   Yes.
11   Q.   Was 453 pounds the typical amount you were selling
12   Sean Bucci eight to nine months -- eight to nine times a
13   year?
14   A.   No.
15   Q.   Was it typically more or less?
16   A.   Less.
17   Q.   How come it was that much on June 4th?
18   A.   Because summertime was coming.  So, I just thought
19   everyone would like to stock up because they know
20   they're not going to get any for a couple of months.
21   Q.   On average, during 1999 through 2003, how much were
22   you selling Sean Bucci per delivery?
23   A.   Around 300, 350 pounds.
24              THE COURT:  How often?
25              THE WITNESS:  Excuse me?
```

```
 1            THE COURT:  How often?
 2            THE WITNESS:  Often, like eight, nine times
 3   a year.
 4            THE COURT:  Thank you.
 5   Q.   And, on average, how much was Maddeford getting?
 6   A.   Around 150.
 7   Q.   Can you give us an example of how things would be
 8   split up?
 9   A.   Well, it all depends.  If Seannie needed 275
10   pounds, I gave him 275.  If I got, say, 400, I give
11   Maddeford 125.  He couldn't do as much as Seannie.
12   Q.   Is Maddeford more typical in terms of the amount
13   that he got?
14   A.   Yeah, it was about 150 average.
15   Q.   And you mentioned selling to Diplasti as well
16   during this period?
17   A.   Sometimes, yes.
18   Q.   How much did he take at a time?
19   A.   About 200, 300 he would take from me.
20   Q.   So, between Maddeford and Bucci, how much were you
21   typically delivering eight to nine times a year from '99
22   through '03?
23   A.   Can you explain that again?
24   Q.   Between Maddeford and Bucci, your regular
25   customers --
```

```
 1   A.    Mm-hmm.
 2   Q.    -- how much were you typically delivering on -- at
 3   a time during this period?
 4   A.    Between 400 and 450.  Like, Seannie might get 300
 5   one month and I would give Maddeford the extra 150.  It
 6   all depends on what Boog or Milo at the time would give
 7   me.
 8   Q.    Do you recognize that?
 9   A.    That's Sean's house.
10   Q.    Government's Exhibit 14.
11         Can you describe how your transactions with Sean
12   Bucci would take place?
13   A.    I would back up the truck into that garage.  The
14   garage would be left open for me because I would call
15   within five minutes when I got there.  They would shut
16   the garage, open up the back of it and unload the
17   marijuana to the room on the right.
18   Q.    And would he typically pay you at that time?
19   A.    The majority of the time, yes.
20   Q.    How much?
21   A.    About 80 percent of the money that he owes me.
22   Q.    And what would you do with the money?
23   A.    I would take the money and give it to my supplier.
24   Q.    When you got the money from Sean Bucci, did you
25   count it?
```

```
 1   A.   Yeah, but in $5,000 stacks, five, ten, fifteen.  I
 2   didn't count each one.  Just 5,000, 10,000, 15,000,
 3   20,000, so on, up to like, whatever, 280, 290.
 4   Q.   So, he already had it in --
 5   A.   In $5,000 stacks wrapped up in plastic.
 6   Q.   Where did the money exchange take place?
 7   A.   The majority of the time, it was downstairs to the
 8   room on the right.
 9   Q.   Did that change at some point?
10   A.   Yeah.
11   Q.   When?
12   A.   Towards the end, we used to go up to that middle
13   room facing the street.
14   Q.   (Indicating) This room here?
15   A.   Yep.
16   Q.   Can you describe that room?
17   A.   It was like a little office, had a money machine in
18   it.  We just used to do the transactions upstairs.
19   Q.   How many times had you been in Sean Bucci's house?
20   A.   A lot.  Nine times each year, plus a couple of
21   times friendly visits.  I don't know.  48, 49 times.
22   Q.   At some point did your -- you mentioned at the
23   beginning he was a customer?
24   A.   Mm-hmm.
25   Q.   At some point did your relationship evolve at all?
```