USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal Action No. 03-10220-MEL

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | TRANSCRIPT OF TRIAL PROCEEDINGS TESTIMONY OF LEIGHA A. GENDUSO |
| v. | ) ) ) | VOLUME I |
| SEAN BUCCI and CATHERINE BUCCI, | ) ) ) | |
| Defendants. | ) ) | |

BEFORE: The Honorable Morris E. Lasker,
Senior District Judge, and a jury

John J. Moakley United States Courthouse
Courtroom No. 8
One Courthouse Way
Boston, Massachusetts  02210
Thursday, February 22, 2007

Marcia G. Patrisso, RPR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3507
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 8

1   Q.   When did you meet Sean Bucci?

2   A.   In the year 2000.

3   Q.   Do you recall when in 2000?

4   A.   Approximately, no.

5   Q.   How did you meet him?

6   A.   He dee-jayed at a bar called Scuttlebutts in Salem,

7   and I was cocktail waitressing there at the time.

8   Q.   When did you start dating him?

9   A.   Around 2000.

10  Q.   And was Sean Bucci living at 23 Marshall at the

11  time?

12  A.   Yes.

3   Q.   When did you move in with Sean Bucci at 23 Marshall?

14  A.   Between 2000 and 2001.

15  Q.   When you first started dating Sean Bucci, did he

16  tell you what he did for a living?

17  A.   No, not really.

18  Q.   Did he say anything about what he did?

19  A.   Nope.

20  Q.   At some point did you learn what he did for a

21  living?

22  A.   Yes, I did.

23  Q.   When?

24  A.   Well, one day when I was over there he brought from

-5  upstairs a bag of marijuana down to the kitchen.  And I

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 9

1   kind of wondered where it came from, and eventually he

2   told me.

3   Q.   What did he tell you?

4   A.   That he sells marijuana for a living.

5   Q.   Do you recall how soon after you were dating that

6   happened?

7   A.   Probably -- I'd say three months.

8   Q.   At some point did you learn who Sean Bucci's

9   marijuana supplier was?

10  A.   Yes.

11  Q.   When?

12  A.   Not right away.  At first I'd usually be in the

13  bedroom when the person came.

14  Q.   Why would you be in the bedroom?

15  A.   Because the person didn't want his identity to be

16  known.

17  Q.   Did somebody tell you to go in to the bedroom?

18  A.   Yes.

19  Q.   Who?

20  A.   Sean.

21  Q.   At some point did that change?

22  A.   Yes.

23  Q.   Why?

24  A.   Because I was around for so long, it just finally --

25  things got more mellowed out and relaxed and...

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 10

1    Q.    And who did you learn was Sean Bucci's marijuana

2    supplier?

3    A.    His supplier was Anthony Belmonte.

4    Q.    Did you see Anthony Belmonte at the house?

5    A.    Yes.

6    Q.    When would you see him at the house?

7    A.    About once a month.

8    Q.    Once a month what was he doing at the house?

9    A.    Once a month he was bringing over shipments of

10   marijuana to the house.

11   Q.    Did you ever talk with Sean Bucci about how long

12   Anthony Belmonte had been his supplier?

13   A.    Yeah.  I knew it was over a few years.

14   Q.    At some point did you get more involved in -- did

15   you get involved in Sean Bucci's marijuana business?

16   A.    Yes, I did.

17   Q.    When?

18   A.    Once I found out, after a while, I became more

19   involved.

20   Q.    So once he let you, sort of, be there?

21   A.    Correct.

22   Q.    When you didn't have to go in to the bedroom?

23   A.    Yes.

24   Q.    And what year is that?

25   A.    Approximate, I don't recall, but it was definitely

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

1    between 2000 and 2001.

2    Q.    And starting at that point were you there for

3    deliveries?

4    A.    Yes.

5    Q.    Could you describe how those deliveries would come

6    about?

7    A.    Well, Anthony would usually call prior, before

8    delivery day, whether it be the night before.  Usually

9    he would start calling the week before to let him know,

10   give him a heads-up, and would always call the day

11   before.

12   Q.    And then what would happen on delivery day?

13   A.    He would call that morning to state what time he

14   would be coming.  And upon arrival the garage door --

15   Sean would usually open the garage door.  Either Sean or

16   myself or other roommates would move all the vehicles so

17   the garage area would be open and not restricted for a

18   truck to come in, and Anthony would usually have a

19   rental truck, pickup truck, that he'd bring into the

20   garage, and then the garage door would shut.

21   Q.    Showing you Government Exhibit 14, what is that?

22   A.    That is the house at 23 Marshall Street.

23   Q.    So after Anthony Belmonte brought the marijuana into

24   the garage, what would happen?

25   A.    The garage door would shut.  And depending on if it

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 12

1  was a -- like a cover on it, whatever the case would be,

2  we would take out -- they would take out the bales and

3  bring them usually upstairs to the middle room with the

4  shades lowered right there.

5  Q.    The room that I'm indicating?

6  A.    Correct.

7  Q.    Did he always use a pickup truck?

8  A.    Not necessarily.  For the most part, yeah, a pickup

9  truck or a van.

10  Q.    You say it was a rental.  How do you know that?

11  A.    He would never, as far as I know, use his own

12  vehicle.  He'd usually rent a vehicle.

13  Q.    How do you know that?

14  A.    Because he was -- I'm pretty sure he stated it

15  before.

16  Q.    So did you help him move the marijuana?

17  A.    No.

18  Q.    Why not?

19  A.    Because they're big bales.  Usually the guys would

20  do it, meaning the roommates.

21  Q.    Which roommates?

22  A.    Jay Carnes, Chris Bleicher, Eric Remens; Darren

23  Martin was living there once in a while.

24  Q.    Did they all help?

25  A.    Depending who was home at the time.  Sometimes it

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 13

1  would just be Anthony and Sean.

2  Q.  Do you know how much at a time Anthony Belmonte was

3  bringing?

4  A.  It would be, actually, different, depending per

5  month.  Sometimes it was months that he wouldn't even

6  come, but usually estimated, it would be around 200

7  pounds.

8  Q.  What did you do in connection with the marijuana

9  that was delivered?

10  A.  A lot of times I helped him break up the bales to be

11  able to put them into pounds.

12  Q.  Did he break up all of the bales?

13  A.  No.

14  Q.  How many bales would he break up?

15  A.  It depended.  Usually whatever he had left from the

16  people who would come take the bales in bulk.  It always

17  varied.

18  Q.  About how many bales was he getting for delivery?

19  A.  Like I said before, it depended.  It depended on the

20  amounts per bale.  For example, one would be 17-1/2

21  pounds, another one could be 10 pounds.  So sometimes he

22  would get 20 bales, sometimes 10, depending.

23  Q.  And so, for example, if he had 20 bales, how many

24  might he break up into pound bags?

25  A.  It could be two, three.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 14

1   Q.   And the rest would be sold in bulk?

2   A.   Yes.

3   Q.   Let me show you what's been marked as Exhibit --

4   Government's Exhibit 23J.  Do those look familiar to

5   you?

6   A.   Yes, they do.

7   Q.   What do they appear to be to you?

8   A.   Those are the bales that they would come in.  The

9   numbers on them mean the weight.

10  Q.   Can you describe -- so if there's 20 bales, he

11  breaks up a couple of them into pound bags, right?

12  A.   Yeah, usually.

13  Q.   Can you describe -- and you helped him do that?

14  A.   Yes.

15  Q.   Can you describe how you guys would do that together

16  and the way you would do it?

17  A.   Sure.  He'd have a black bin.  We would usually

18  take, like, a long straightedge screwdriver to break

19  open the bales because they were very compact and hard

20  to break up.  And we would then break up the buds and

21  put them into one-pound bags.

22  Q.   Let me show you Government Exhibit 38.  Do you

23  recognize this?

24  A.   Yes, I do.

25  Q.   What is it?

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 15

1  A.    That is one of the buckets we'd use to break up the

2  bales.

3  Q.    I show you Government Exhibit 29C.  Do you recognize

4  these bags?

5  A.    Yes, I do.

6  Q.    What are they?

7  A.    They are the bags that we'd put pounds into.

8  Q.    Do you know where Sean got these?

9  A.    I think he got them online.

10 Q.    And do you know how many he would typically order at

11 a time?

12 A.    I don't know how many he'd order at a time.  I do

13 know that they cost a lot less online rather than buying

14 them at a grocery store, for example.

15 Q.    I show you Government Exhibit 27A.  Do you recognize

16 this?

17 A.    Yes, I do.

18 Q.    What is it?

19 A.    It's a U-Haul box that occasionally the bales would

20 come in.

21 Q.    And how would Sean Bucci weigh the marijuana?

22 A.    Well, like I said before with the bales, it would

23 already have the approximate weight on there.  But when

24 he wanted to weigh, see to -- check to make sure the

25 weight was accurate or to do pounds, he would have two

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 16

1    different types of scales.

2    Q.    I show you Government Exhibit 32.  Do you recognize

3    that?

4    A.    Yes, I do.

5    Q.    What is it?

6    A.    It's an electronic scale that he used.

7    Q.    And 33?

8    A.    Yup.

9    Q.    What's that?

10   A.    That is another scale that is more efficient for

11   ounces, for example.

12   Q.    Government Exhibit 30.  Do you recognize this?

13   A.    Yes, I do.

14   Q.    What is it?

15   A.    It's a money counter.

16            THE COURT:  I'm sorry?

17            THE WITNESS:  Money counter.

18            THE COURT:  Oh.

19   BY MR. LEVITT:

20   Q.    Where was the money counter?

21   A.    It was also in the office.

22   Q.    Did you see him use it?

23   A.    Yes.

24   Q.    Do you use it?

25   A.    Yup.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 17

1    Q.    And what would you use it for?

2    A.    To count a large number of bills at a time.  It's a

3    lot easier.

4    Q.    How would Sean Bucci package the bills?

5    A.    Usually he would take elastics and wrap them around

6    in denominations of $5,000.

7    Q.    Did you see -- when Anthony Belmonte brought his

8    loads of marijuana, did you ever see Sean Bucci pay him?

9    A.    Yes.

10   Q.    How much at a time did you see him pay him?

11   A.    I don't remember approximates.  Sometimes it would

12   be depending on how much money he had to front him, what

13   they call it, and then a lot of times he would have to

14   pay him back whatever amount he still owed afterwards.

15   Q.    When a load was coming, would Sean Bucci have the

16   money there at the house?

17   A.    Yes.

18   Q.    And did he keep it anywhere else?

19   A.    Yes.

20   Q.    Where?

21   A.    He also kept it at his mother's house.

22   Q.    How do you know that?

23   A.    Because the night before we would usually drive to

24   his mom's house at 4 Loris Road in Danvers.  He would go

25   inside and I'd stay in the car, and he'd go in to get

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 18

1    money.

2    Q.    And what would he come out with?

3    A.    Sometimes a bag, sometimes a shoe box, depending.

4    Q.    Do you see Catherine Bucci in court here today?

5    A.    Yes, I do.

6    Q.    Can you point her out?

7    A.    Very far right.

8          MR. SINSHEIMER:  I'd stipulate, your Honor, that

9    she's here.

10          THE COURT:  All right.

11   BY MR. LEVITT:

12   Q.    Did you come to know who Sean Bucci's customers

13   were?

14   A.    Yes, I did.

15   Q.    How?

16   A.    Well, living there I knew half of them were his

17   friends and then the other half were just his regular

18   customers.

19   Q.    Would you see them come and pick up marijuana?

20   A.    Yes.

21   Q.    Did you ever provide any of the customers with the

22   marijuana?

23   A.    Yeah.  When Sean wasn't home.

24   Q.    Do you know who Sean Bucci's largest customers were?

25   A.    Yes, I do.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 19

1   Q.    Who?

2   A.    Jay Zeramby, Jay Zee, also known as; Jay Zee's

3   brother-in-law, Larry; Darren Martin; Tim Hurley at one

4   time; there was another kid named Matty at one time;

5   Scott Mizzy at one point; a kid named Jay, I believe,

6   who used to come over, I didn't know his last name, with

7   his girlfriend; Chris Bleicher.  Those were usually his

8   biggest customers.

9   Q.    Did he have some smaller customers, too?

10  A.    Yup.

11  Q.    Who were they?

12  A.    Chris Bleicher, sometimes he would take a little

13  more, but he usually would take pounds; Eric Remens

14  would take pounds once in a while; Jay Carnes would take

15  pounds once in a while; Eric Carbone; Jan Jefgood, also

16  known as Butchy.

17  Q.    Those were the smaller customers?

18  A.    Correct.

19  Q.    When you say that Jay Zee was one of the larger

20  customers, do you know how much he was taking?

21  A.    He would basically be the first one over to the

22  house normally to get the most bulk.  It could be

23  anywhere, depending on what he wanted to choose, five

24  bales, maybe sometimes more, sometimes less.

25  Q.    And Larry?

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 20

1   A.   Larry the same.  Sometimes less, depending.

2   Q.   Darren Martin?

3   A.   Darren Martin, sometimes he would take a few bales;

4   other times he would take, like, ten pounds already put

5   together.

6   Q.   Scott Mizzy?

7   A.   Mizzy, when he was around, would take bulk as well,

8   and also Matty.

9   Q.   When you say "bulk," you're distinguishing bales

10  from pounds?

11  A.   Correct.  And, like, several bales.

12  Q.   And what about Hurley?

13  A.   Timmy would take a couple of bales, sometimes more,

14  sometimes less.

15  Q.   Matt?

16  A.   Matt would take bales, too, at the time.

17  Unfortunately, I don't remember his last name, but...

18  Q.   Do you know someone named Don O'Connor?

19  A.   Yes, I do.

20  Q.   Who's that?

21  A.   That's Sean's uncle.

22  Q.   Do you know where he lives?

23  A.   He also lives in Peabody.

24  Q.   Do you know if he's a customer?

25  A.   Yes, he was, too.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 21

1  Q.   Was he a big customer or a little customer?

2  A.   He would take bales at times.

3  Q.   Do you know Eric Carbone?

4  A.   Yes, I do.

5  Q.   Is he a customer?

6  A.   Yes, he was.

7  Q.   Big or little?

8  A.   Little.  He would take pounds as far as I remember.

9  Q.   Why would you provide marijuana to Bucci's customers

10  sometimes?

11  A.   If someone -- or one of the roommates, for example,

12  if Sean wasn't home and they wanted to suddenly go out

13  and, say, one of their friends called and wanted a pound

14  or two, then I would go into the office into the -- one

15  of the bags and give them some and record it on paper.

16       THE COURT:  Can I see counsel at the sidebar,

17  please.

18       (Discussion at sidebar and out of the hearing of

19  the jury:)

20       THE COURT:  I asked you to come here because I

21  am concerned about the issue that Mr. Sinsheimer has

22  raised, even though I think my ruling is correct; and

23  therefore, before you ask the question, I would like you

24  to advise me.  I'm going to excuse the jury and we can

25  discuss it further.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 24

1    place?

2            THE WITNESS:  Yes.  That is in Costa Linda in

3    Aruba.

4            THE COURT:  Thank you.

5    BY MR. LEVITT:

6    Q.   Did Mr. Bucci have any sort of system for tracking

7    his drug sales?

8    A.   As far as a system, it was kind of sloppy.  He would

9    have all different notebooks and pieces of paper all

10   over the place with numbers and names.

11   Q.   And what did he use these various pieces of paper

12   and notebooks for?

13   A.   To record how much people took, how much people owed

14   him.

15   Q.   I show you Government Exhibit 45A.  Do you recognize

16   that?

17   A.   Yes, I do.

18   Q.   And what's that?

19   A.   That is one of the notebooks that he would use to

20   record how much money everyone owed and when they came

21   by, how much they gave him from their existing number.

22   Q.   So the line for Jay Zee would be --

23   A.   $144,000.  And they'd come, drop off 43, and then

24   what they had owed left.

25   Q.   Did you ever see numbers like this?

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 25

1    A.    Yup.

2    Q.    This is 40C.  What did that signify to you?

3    A.    That signifies to me the approximate amount of

4    marijuana that he received, 351.73.  The number below it

5    would be the figure that he owed to Anthony Belmonte,

6    for example, and then minus the number, that usually

7    would mean what he gave to Anthony for payment.

8    Q.    Did Mr. Bucci usually pay a significant portion --

9         MS. BYRNE:  Objection, your Honor, to leading.

10        THE COURT:  Overruled.

11   BY MR. LEVITT:

12   Q.    Did Mr. Bucci typically pay a significant portion of

13   what he owed to Anthony Belmonte on delivery?

14   A.    On delivery, yes.

15   Q.    Did Mr. Bucci sometimes write things on Post-it

16   notes?

17        MS. BYRNE:  Objection to leading, your Honor.

18        THE COURT:  Overruled.

19        THE WITNESS:  Yes, he did.

20   BY MR. LEVITT:

21   Q.    I show you Government Exhibit 40G.  Do you recognize

22   that?

23   A.    Yup.

24   Q.    What is it?

25   A.    It looks like it could be either/or --

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 33

1   Q.   Anything else?

2   A.   He also had a large box truck which carried the dirt

3   bikes in.

4   Q.   Did he ever have a boat?

5   A.   Yes, he did.

6   Q.   Did he use that?

7   A.   Yes.

8   Q.   Did you see money at the house at 23 Marshall

9   Street?

10  A.   Yes, I did.

11  Q.   Where?

12  A.   Normally when transactions were made, he would

13  always take the money and put it into a safe.

14  Q.   Were you ever concerned about security?

15  A.   Always, yes.

16  Q.   Why?

17  A.   Because it -- I mean, it was dangerous with large

18  sums of money and large amounts of marijuana in the

19  house.

20  Q.   Did you ever talk to Mr. Bucci about that?

21  A.   Yes.

22  Q.   Can you describe these conversations?

23  A.   He said not to worry, no one will break in.  We had

24  video surveillance monitors in the bedroom as well as in

25  the kitchen set up.

1   Q.   What did those show?

2   A.   It showed the outside exterior driveway, and a

3   partial amount of the road.

4   Q.   Did you guys ever have a problem?

5   A.   Yes, we got broken into once.

6   Q.   Describe what happened.

7   A.   It was a Thursday night.  I know that because they

8   were dee-jaying at Bay Bridge on Thursday nights in

9   Salem.  Me, Chris Bleicher, Eric Remens, Sean and Jay

10  Carnes all went down to Bay Bridge that night.  Eric

11  Remens' girlfriend at the time stayed at 23 Marshall

12  Street because she wasn't feeling well.  She called us

13  immediately at around -- I don't know.  It was after

14  midnight, stating that she --

15          MS. BYRNE:  Objection.  Hearsay, your Honor.

16  Some woman called her and made statements.

17          THE WITNESS:  Eric Remens' girlfriend, your

18  Honor.

19          THE COURT:  I think it ordinarily would be, yes.

20  BY MR. LEVITT:

21  Q.   Did you ever have a conversation with Sean Bucci

22  about what happened?

23  A.   Yes.

24  Q.   What did he say?

25  A.   Well, what happened was, we got broken into and they

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 35

1    stole the safe, and they stole a shotgun as well.

2    Q.   Did Sean Bucci say anything about the safe?

3    A.   He said luckily there wasn't really anything in it.

4    I think one of his birth certificates was in it and some

5    paperwork, but there was no substantial money in the

6    safe.

7    Q.   Did he say anything about the shotgun?

8    A.   Yeah.  He said it was taken, so he reported it

9    stolen.

10   Q.   Whose idea was it to report it stolen?

11   A.   It was his.

12   Q.   Can you describe what he said about that?

3         MS. BYRNE:  Objection, your Honor.  Renewing my

14   objection that we discussed before.

15        THE COURT:  Who are you asking her about?

16        MR. LEVITT:  What Sean Bucci said about filing a

17   police report.

18        THE COURT:  That's permissible.

19        MS. BYRNE:  Note my objection, your Honor.

20   BY MR. LEVITT:

21   Q.   What did he say about the report?

22   A.   Well, we figured out to -- I had a Lincoln Marquis

23   at the time.  We went to the police station.  We said

24   that when my car was at the North Shore Mall, we were

25   bringing it to his mom's house because we were having

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 36

1  kids over for the holidays, and that someone stole it
2  out of my vehicle.
3  Q.   Do you know where William and Catherine Bucci lived
4  at the time?
5  A.   Yes, I do.
6  Q.   Where?
7  A.   4 Loris Road in Danvers.
8  Q.   Did they ever live at 23 Marshall Street?
9  A.   Never.
10 Q.   Did you see them at 23 Marshall Street?
11 A.   Once in a blue moon.
12 Q.   For what?
13 A.   For example, his dad would come over for Fourth of
14 July parties he would have; his mom would stop over on
15 very rare occasions just to say hi.
16 Q.   Did you ever have conversations with Sean Bucci
17 about Catherine Bucci's financial situation?
18         MR. SINSHEIMER:  Objection.
19         THE COURT:  About her financial situation?
20         MR. LEVITT:  Yes.
21         MR. SINSHEIMER:  Objection.
22         THE COURT:  I'll allow that.
23         THE WITNESS:  Yeah, we knew money was always
24 tight with them.
25         MR. SINSHEIMER:  I didn't hear you.  I'm sorry.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 37

1    THE WITNESS:  We knew money was always tight as

2    far as income goes.

3    BY MR. LEVITT:

4    Q.   And that was based on your conversation with Sean

5    Bucci?

6    A.   Correct.

7    Q.   Did Mr. Bucci tell you whether he was doing anything

8    about that?

9    A.   Yes.

10   Q.   What?

11   A.   He would give them money from time to time.

12   Q.   How were you supporting yourself during this time,

3    2001-2003?

14   A.   I was also bartending at various places.

15   Q.   Did Mr. Bucci help you out as well?

16   A.   Yes.

17   Q.   How?

18   A.   I never paid rent; we would go out to eat; grocery

19   shopping; he paid for my cell phone bill, it was very

20   overdue.  Things of that extent.

21   Q.   You went out to eat and you would do things.  How

22   would he pay?

23   A.   Cash.

24   Q.   Did he ever ask to put anything in your name?

25   A.   Yes.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 38

1   Q.   What?

2   A.   The telephone.

3   Q.   For where?

4   A.   23 Marshall Street.

5   Q.   Did you do it?

6   A.   Yes.

7   Q.   I show you Government Exhibit 48.  Do you recognize

8   that?

9   A.   Yes, I do.

10  Q.   What is it?

11  A.   It's the phone bill to 23 Marshall Street in my

12  name.

13  Q.   Did you ask him why he wanted you to put the phone

14  in your name?

15          MS. BYRNE:  Objection.  Objection to leading,

16  your Honor.

17          THE COURT:  Are you asking why the bill is in

18  that name?

19          MS. BYRNE:  Why he --

20  BY MR. LEVITT:

21  Q.   Did you ever have a conversation with Sean Bucci

22  about why the bill was in your name?

23  A.   Yes.

24  Q.   What did he say?

25  A.   Well, that basically if any law enforcements were to

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 39

1    try to tap into the phone line under my existing name,

2    it would be a lot harder than it would be under his

3    name.

4    Q.    Do you know whose name the house is in at 23

5    Marshall Street?

6    A.    Yes, I do.

7    Q.    How do you know that?

8    A.    Because when Sean was in jail, I was paying for all

9    the bills.

10   Q.    Whose name's it in?

11   A.    Catherine and William Bucci's.

12   Q.    Did you ever ask Sean Bucci why that was?

13   A.    Yes, I did.

14   Q.    Describe the conversation.

15          MR. SINSHEIMER:  Objection.  Same objection.

16          THE COURT:  This is not the question we were

17   discussing before?

18          MR. LEVITT:  No, it's not.

19          MR. SINSHEIMER:  No, but it's still a Bruton

20   objection, respectfully.

21          THE COURT:  I think this will be a good time for

22   us to review the situation.

23          Ladies and gentlemen -- I'm going to see counsel

24   at sidebar.  I'm going to see if we're going to break

25   for lunch or not.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 57

1   Q.    Can you describe what he said?

2   A.    He answered that basically if anything ever

3   happened, no one would be able to take his house.

4   Q.    And what did you take him to mean when he said "if

5   anything ever happened"?

6         MR. SINSHEIMER:  Objection.

7         THE COURT:  Sustained.

8   BY MR. LEVITT:

9   Q.    Did you ever help him count the money he made?

10  A.    Yes.

11  Q.    How much at a time?

12  A.    It depended.  Sometimes it would go through the

13  money machine; other times it would be as simple as five

14  grand.

15  Q.    Did you ever do anything else with this cash?

16  A.    Yes.

17  Q.    What?

18  A.    I would deposit increments of money into his bank

19  account in Middleton.

20  Q.    Why?

21  A.    Because he asked me to.

22  Q.    Generally speaking, what sort of increments are we

23  speaking about?

24  A.    It was always under the sum of $10,000 cash.

25  Q.    About how many times did you do that?

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 58

1  A.  Many, many times.  I'd say well over 20.

2  Q.  Could you describe how this would work?

3  A.  He would give me a bank deposit slip with, most of

4  the time, $9,000 in cash, and I would go to the bank in

5  Middleton and deposit it.

6  Q.  Walk into the bank with it?

7  A.  Yeah.  I tried doing drive-through on several

8  occasions, but they preferred me to actually go in to

9  the bank.

10  Q.  Who did?

11  A.  The drive-through teller.

12  Q.  Did you ever talk with Sean Bucci about the amounts

13  you were depositing for him?

14  A.  Yes.

15  Q.  What did you ask him?

16  A.  I asked him why it was never over $10,000.

17  Q.  What did he say?

18  A.  Because anything over $10,000 you will get reported

19  by the bank to the IRS.

20  Q.  Did you do any traveling with Sean Bucci?

21  A.  Yes, I did.

22  Q.  Where did you go?

23  A.  We went to Florida once; we went to Aruba on several

24  occasions, Jamaica.

25  Q.  Anywhere else?

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 72

1    A.    Yes.  Always.

2    Q.    And did you see him come out of the house?

3    A.    Yes.

4    Q.    What did he have?

5    A.    A bag with money.

6    Q.    Did you see anything on the morning of June 4, 2003?

7    A.    Yes.

8    Q.    What?

9    A.    Well, I woke up, saw that Anthony was pulling in

10   with his U-Haul trailer.  They were having problems, so

11   they each tried to drive around the block and rearrange

12   it to pull it in.  Sean tried doing it as well.  And I

13   went back to sleep.

14   Q.    Where did you see that?

15   A.    I saw that on the surveillance camera in the

16   bedroom.

17   Q.    Did something happen after you went to sleep?

18   A.    Yes.  Sean woke me up quite ecstatic [sic].

19   Q.    I'm sorry.  I didn't hear you.

20   A.    Sean woke me up very upset.

21   Q.    Did he say anything?

22   A.    He told me to get out of the house, and that there

23   was a box in the trunk that he put in there.

24   Q.    Did he say where to go?

25   A.    No.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

1   Q.   And how was Mike Natola's fee determined?

2   A.   That was determined through Gary, Mike and Sean.

3   Q.   How much was it?

4   A.   I don't remember approximately how much it was.

5   Anywhere from 25 to 50.

6   Q.   And where did that money come from?

7   A.   The box.

8   Q.   Did you get a receipt?

9   A.   No.

10  Q.   At some point you got into the prison and you could

11  talk with Sean Bucci?

12  A.   Yes.

13  Q.   Did you have any conversations about Darren Martin?

14  A.   Yes.

15  Q.   Describe those conversations.

16  A.   The first time that Gary and Mike went to see Sean

17  they also brought another attorney named Hank Brennan to

18  visit them as well, where Darren hired Hank.

19  Q.   And did you have any conversations with Sean Bucci

20  about Darren Martin?

21  A.   In regards to his lawyer?

22  Q.   Yes.

23  A.   Yes.

24  Q.   What?

25  A.   That he was going to pay for Darren's lawyer as

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 83

1    well.

2    Q.    And do you know how much Sean Bucci paid for Darren

3    Martin's lawyer?

4    A.    I remember it being around 20,000.

5    Q.    Where did that money come from?

6    A.    It came from the box as well.

7    Q.    I'm sorry?

8    A.    It came from the box as well.

9    Q.    Did you get a receipt?

10   A.    No.

11   Q.    You had Mike Natola at some point.  Did you get a

12   new lawyer?

13   A.    Yes.

14   Q.    Who?

15   A.    Elliot Weinstein.

16   Q.    And did you talk with Sean Bucci about that?

17   A.    Yes.

18   Q.    And how did Elliot Weinstein come to represent you?

19   A.    He was an associate of Mike Natola's.  Not so much

20   an associate, but they worked together sometimes on

21   cases.

22   Q.    And you said you had a conversation with Sean Bucci

23   about this?

24   A.    Yes, I did.

25   Q.    What did Sean Bucci say about it?

1    A.    Well, I told him that it's going to cost money for

2    representation of Elliot on my behalf as well, and he

3    agreed.

4    Q.    How much --

5    A.    15,000.

6    Q.    Where did that money come from?

7          THE COURT:  Weinstein represented you?

8          THE WITNESS:  Yes.

9    BY MR. LEVITT:

10    Q.    Where did that money come from?

11    A.    It came from the box, as well, of money.

12    Q.    Who gave the cash to Weinstein?

13    A.    I did.

14    Q.    Get a receipt?

15    A.    No.

16    Q.    How long did Gary Zerola have the money box and the

17    safes?

18    A.    These are approximates but it could have been up to

19    a month.

20    Q.    Where did they go next?

21    A.    Well, once I had actual visitation with Sean, he

22    basically was telling me, like, through code, so to

23    speak, that he felt comfortable with the box being with

24    Eric Carbone.

25    Q.    Why?

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 85

1    A.    Because that was his friend, and he felt most

2    comfortable with the money being accessible to him.

3    Q.    So what did you do at that point?

4    A.    At that point I set up an arrangement to get the box

5    and the safes from Gary Zerola and meet up with Eric

6    Carbone so he could put them into his house.

7    Q.    And did you meet up with Eric Carbone?

8    A.    Yes.

9    Q.    And what did you give him?

10   A.    I gave him the safes as well as the box of money.

11   Q.    Do you know where he put them?

12   A.    Somewhere in his house.

13   Q.    Did you subsequently get any money from the money

14   box?

15   A.    Yes; through Eric Carbone.

16   Q.    How would you do that?

17   A.    I would make arrangements with him.  Either I'd go

18   into the Northern Grind a day prior to getting access to

19   the money, asking him for it, and then going back there

20   the next day.

21   Q.    Where were you living at this time?

22   A.    23 Marshall Street.

23   Q.    Did Sean Bucci ask you to do anything while he was

24   in prison?

25   A.    Yes, he did.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 86

1   Q.    What?

2   A.    Pay his bills.

3   Q.    And what did you use to pay those bills?

4   A.    The cash.

5   Q.    Did Sean Bucci give you any instructions on how to

6   do that?

7   A.    Yes.  He told me to pay through money orders.

8   Q.    And how would that work?

9   A.    I'd go to different places, post office, Honey

10  Farms; I'd get money orders up to $500 apiece.

11  Q.    Did you have any conversations with Sean Bucci about

12  this?

13  A.    Yes.

14  Q.    Describe those conversations.

15  A.    Well, he was in jail at the time, and I was very

16  worried about paying for bills with cash through money

17  orders.

18  Q.    And so what did you tell him?

19  A.    I told him I was worried.

20  Q.    What did he say?

21  A.    He said, quote/unquote, You can't get in trouble for

22  paying bills.

23  Q.    So what bills did you pay?

24  A.    His credit card bills, the mortgage, electrical,

25  phone.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 87

1    Q.    Did you have any other arguments with Sean Bucci at

2    this time about the bills?

3    A.    I just didn't feel comfortable ever paying in cash.

4    Q.    I show you --

5          MR. LEVITT:    This is not marked at this time.

6    I'd ask that it be marked as Government's Exhibit 113.

7          THE COURT:    113?

8          MR. LEVITT:    113.

9          (Government's Exhibit No. 113 was marked for

10   identification.)

11   BY MR. LEVITT:

12   Q.    Do you recognize that?

13   A.    Yes, I do.

14   Q.    What is it?

15   A.    It's a money order for World Savings, which was his

16   mortgage bill.

17   Q.    And Government Exhibit 114.    Do recognize that?

18   A.    Yes.

19   Q.    What is it?

20   A.    It's another mortgage money order.

21   Q.    Are these money orders that you did?

22   A.    Yes.

23   Q.    And where did the money come from for these money

24   orders?

25   A.    It came from the cash that Eric Carbone still had.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 90

1    Q.    Start with one.

2    A.    One of them was his mom.

3    Q.    And did you do that?

4    A.    Yes.

5    Q.    Do you recall how much you gave her?

6    A.    No.

7    Q.    Did you have a conversation with her at the time?

8    A.    Not really.  We really weren't talking after the

9    beginning.  This was in the beginning when he was

10   arrested.

11   Q.    Who else did you -- did Sean Bucci ask you to bring

12   money to?

13   A.    Darren Martin.

14   Q.    Did you have a conversation with Sean Bucci about

15   why he wanted you to bring money to Darren Martin?

16   A.    Yes.  Well, he was living at the Cape and he was

17   broke.

18   Q.    Did Sean Bucci ask you to talk to Darren Martin?

19   A.    Yes.

20   Q.    What did Sean Bucci ask you to talk to Darren Martin

21   about?

22   A.    He wanted to find out -- he wanted me to find out if

23   Darren was cooperating or not.

24   Q.    And did you go meet with Darren Martin?

25   A.    Yes, I did.

USA v. BUCCI - TRIAL PROCEEDINGS
Testimony of Leigha A. Genduso

Page 91

1    Q.    And did you give him money?

2    A.    Yes, I did.

3    Q.    Do you recall how much?

4    A.    It was like 800 to $1,000.

5    Q.    And did you ask him about whether he was

6    cooperating?

7    A.    Yes.

8    Q.    What did he say?

9    A.    He told me no.

10    Q.    And did you communicate that back to Sean Bucci?

11    A.    Yes, I did.

12    Q.    Did you bring Darren Martin any money on any other

13    occasions?

14    A.    I possibly could have once after that as well.

15    Q.    Did you ever subsequently see Sean Bucci give Darren

16    Martin any money?

17    A.    Yes, after he got out of jail and was house-arrested

18    at his uncle's.

19    Q.    Don O'Connor's house?

20    A.    Yes.

21    Q.    How many times?

22    A.    Maybe once or twice.

23    Q.    Do you remember how much?

24    A.    No.  A couple of hundred.

25    Q.    Did you still live at 23 Marshall Street?