UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,       )
                                )   Cr. No. 03-10220 MEL
            v.                  )
                                )
1.  SEAN BUCCI,                 )
        Defendant.              )
```

**SECOND SUPPLEMENTAL SENTENCING MEMORANDUM
OF THE UNITED STATES**

The government attaches, as Exhibit A, an article from the New York Times, dated July 9, 2007, entitled *A Little Girl Shot, and a Crowd That Didn't See*.  The article describes an example of the increasing difficulty that law enforcement has faced in solving crimes because witnesses are afraid to cooperate for fear of retribution.  This is the culture that "Stop Snitching" t-Shirts and websites like "whosarat.com" promote.  A culture where, as described in the attached article, 20 witnesses to the brazen shooting of a 7-year old girl my gang members refuse to provide any information to the police.  A culture where the grandmother of the victim refuses to speak with the police.

The defendant's website is the high tech version of the "Stop Snitching" t-shirt; merely the subtle version of the kind of direct threats and intimidation alluded to in the attached article.  This Court heard evidence at trial of the devastating effect that the defendant's website had on witnesses in this case -- terrifying them and their family members.  The Court has also heard evidence of the defendant's (successful) efforts to

intimidate and persuade co-defendant Darren Martin from pleading guilty, cooperating, or even conducting a safety valve proffer, by advising Martin that to do so would mean he would be profiled on the website.  The Court has also heard evidence that the defendant paid for Martin's lawyer in this case and that Martin's lawyer advised Martin that he would have to get new counsel if he pled guilty.

The defendant has, in the past, claimed that his website is simply designed to assist defendants in their cases by providing them with access to information about cooperators.  The name of the website belies this assertion.  It is not titled, for example, "National Clearinghouse on Cooperator Information".  The title -- "Whosarat.com", and the logo -- a picture of a rat -- are designed, simply, to intimidate witnesses.

The defendant's alleged altruistic motives are also belied by the fact that, since its inception, the person alleged by the defendant to be the informant in this case has been featured as "Rat of the Week", demonstrating that personal revenge and intimidation has been a motivating factor.  They are also belied by the fact that, soon after creating the site, the defendant told Darren Martin that he was going to use the site to get the government to drop or reduce the charges against him.  And, true enough, on more than one occasion the defendant, through counsel, has offered to shut down the website if the government would

reduce the charges or the potential sentence against him. Finally, these motives are belied by the defendant's use of the website as leverage to keep Martin from testifying.

To be clear, although it might be warranted, the government is not requesting an upward departure or deviation based on the defendant's establishment of the website (as opposed to his use of the site to intimidate co-defendant Martin). Rather, the government is requesting that this Court take into consideration, among things, the defendant's establishment of the website in determining, under 18 U.S.C. § 3553, whether the defendant merits a break, a deviation, from the sentencing guideline range determined appropriate by the United States Probation Office and this Court pursuant to the United States Sentencing Guidelines. The government submits that, taking into consideration the totality of the evidence presented at trial and at sentencing in this case, the defendant does not deserve a break from the applicable guideline range.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By:  /s PETER K. LEVITT
PETER K. LEVITT
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
(617)748-3100

Dated:  July 10, 2007