UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )  <br>                            )  <br>        v.                  )    CRIMINAL NO. 03-10220-JLT  <br>                            )  <br> SEAN BUCCI                 )  | |

**DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE**

Defendant, Sean Bucci, respectfully submits this motion to address his eligibility for a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2) and USSG §1B1.10, and to request a reduction in his sentence. Defendant requests that this Court reduce his sentence from 151 months to a sentence of time served effective November 1, 2015.

**A.  Eligibility for Sentence Modification**

   **1.   Background**

On February 27, 2007, Mr. Bucci was found guilty of Counts 1ss, 2ss, and 4ss-17ss of a Second Superseding Indictment. On July 11, 2007, Mr. Bucci was sentenced to 151 months imprisonment on Counts 1ss, 2ss, 4ss and 5ss - 13ss with each count to run concurrently with each other, and 60 months on counts 14ss - 17ss to run concurrently with the sentence imposed on the other counts.

The sentencing guidelines were determined as follows:

- On the drug counts (1ss & 2ss) Bucci was held accountable for 2,602.92 kilograms of marijuana, which corresponded to base offense level 32 under U.S.S.G. §2D1.1(c). PSR at ¶ 144. He received a 2 level role enhancement under U.S.S.G. §3B1.1(c). See Judgment (D.E. 353) at page 9. This resulted in Adjusted

>    Offense Level of 34.

- On the Money Laundering Counts (4ss - 6sss) his Base Offense Level was 32. Pursuant to U.S.S.G. § 2S1.1 his base offense level was determined by reference to the drug guideline used to calculate his base offense level for counts 1ss & 2ss. He received a 2 level increase under 2S1.1(b)(2)(b) bringing his Adjusted Offense Level for these counts to 34. PSR at ¶ 145.

- On the structuring Counts (7ss - 14ss) Bucci had a Adjusted Offense Level of 16.

- The Probation Department Grouped the Drug Counts and the Money Laundering Counts and found Mr. Bucci's guideline sentencing range to be 151-188 months. PSR at ¶ 227.

- The court imposed a sentence of 151 months. See Judgment (D.E. 353) at 3.

Mr. Bucci is at Devens FMC. His release date is March 28, 2017.

### 2. The Governing Law

Title 18 U.S.C. § 3582(c)(2) provides:

[I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

The governing Sentencing Commission policy statement is USSG §1B1.10. Section 1B1.10(a)(1) provides, in pertinent part:

> (1) In General.—In a case in which a defendant is serving a term of imprisonment, and the guideline range applicable to that defendant has subsequently been lowered as a result of an amendment to the Guidelines

> Manual listed in subsection (d) below, the court may reduce the defendant's term of imprisonment as provided by 18 U.S.C. § 3582(c)(2). . . .

The Commission's drug guideline amendment (Amendment 782) is enumerated at §1B1.10, subsection (d), as an amendment which may be applied retroactively, subject to the condition that the effective date of the court's order be November 1, 2015 or later. See USSG §1B1.10(d) and (e).

### 3. Bucci is Eligible for a Sentence Reduction.

The drug guideline amendment reduces the guideline sentencing range applicable to Bucci, and the Court may therefore reduce his sentence. It also reduces his guideline range for the money laundering counts because that range is derived by using the underlying offense level from which the laundered funds were derived, which in this case is the drug counts. Specifically, Bucci's base offense level under USSG §2D1.1(c)(5) is now 30 (for the quantity of 2,602.92 kilograms of marijuana), and his total offense level is now 32 (2 level enhancement for his role in the offense as imposed at the time of his original sentence). His new guideline range is 121-151 months.

### B.   Bucci Requests That This Court Impose a Sentence of Time Served (effective November 1, 2015).

If Mr. Bucci were resentenced to the low end of the amended guideline range, or 121 months, he would be eligible for release prior to November 1, 2015. For that reason, Mr. Bucci respectfully requests that this Court resentence him to time

3

served (effective November 1, 2015).  This sentence should be imposed on counts 1ss, 2ss, 4ss and counts 5ss-17ss. This sentence implements the lower penalties that the Commission has deemed appropriate in drug cases, and is otherwise consistent with the sentence originally imposed by the court.

            SEAN BUCCI,
            By his attorney,


            /s/ Stylianus Sinnis
            Stylianus Sinnis
            B.B.O. # 560148
            Federal Defender Office
            51 Sleeper Street, 5th Floor
            Boston, MA  02210
            Tel: 617-223-8061

## CERTIFICATE OF SERVICE

 I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 25, 2015.

            /s/ Stylianus Sinnis
            Stylianus Sinnis