AO 247 (MA 11/14) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| SEAN BUCCI ) | Case No: 03cr10220-NMG-1 |
| ) | USM No: 24784-039 |
| Date of Previous Judgment: 08/07/2007 ) | Styliannus Sinnis, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151__ months is reduced to __121__ months, but in no event less than time served on 11/1/15.

**I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)**
Previous Offense Level: __34__         Amended Offense Level: __32__
Criminal History Category: __I__         Criminal History Category: __I__
Previous Guideline Range: __151__ to __181__ months     Amended Guideline Range: __121__ to __151__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __08/07/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __3/24/15__       _/s/ Nathaniel M. Gorton_
                                        Judge's signature

Effective Date: __11/1/15__
(if different from order date)                         Printed name and title